# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## MIDLAND-ODESSA DIVISION

|  |  |  |
|---|---|---|
| TRUESIGHT COMMUNICATIONS LLC, | § § § | |
| Plaintiff, | § § | |
|  | § | Case No. 7:25-cv-00462-ADA |
| v. | § | |
|  | § | Jury Trial Demanded |
| APPLE INC., | § § | |
| Defendant. | § § § | |

## SCHEDULING ORDER

Pursuant to the Court's Standing Order Governing Proceedings in Patent Cases, the Parties present a Scheduling Order.

The Court will adopt the proposals and ORDERS that the following Schedule will govern deadlines up to and including the trial of this matter:

| Deadline | Event |
|---|---|
| March 30, 2026 | Plaintiff serves preliminary[1] infringement contentions in the form of a chart setting forth where in the accused product(s) each element of the asserted claim(s) are found. Plaintiff shall also identify the earliest priority date (i.e. the earliest date of invention) for each asserted claim and produce: (1) all documents evidencing conception and reduction to practice for each claimed invention, and (2) a copy of the file history for each patent in suit. |
| April 6, 2026 | The Parties shall submit an agreed Scheduling Order. If the parties cannot agree, the parties shall submit a separate Joint Motion for entry of Scheduling Order briefly setting forth their respective positions on items where they cannot agree. Absent agreement of the |

---

[1] The parties may amend preliminary infringement contentions and preliminary invalidity contentions without leave of court so long as counsel certifies that it undertook reasonable efforts to prepare its preliminary contentions and the amendment is based on material identified after those preliminary contentions were served and should do so seasonably upon identifying any such material. Any amendment to add patent claims requires leave of court so that the Court can address any scheduling issues.

| Deadline | Event |
| --- | --- |
| | parties, the Plaintiff shall be responsible for the timely submission of this and other Joint filings. |
| April 13, 2026 | Deadline to file a motion to transfer. After this deadline, movants must seek leave of Court and show good cause for the delay. |
| May 27, 2026 | Defendant serves preliminary invalidity contentions in the form of (1) a chart setting forth where in the prior art references each element of the asserted claim(s) are found, (2) an identification of any limitations the Defendant contends are indefinite or lack written description under section 112, and (3) an identification of any claims the Defendant contends are directed to ineligible subject matter under section 101. Defendant shall also produce (1) all prior art referenced in the invalidity contentions, and (2) technical documents, including software where applicable, sufficient to show the operation of the accused product(s). |
| June 8, 2026 | Parties exchange claim terms for construction. |
| June 22, 2026 | Parties exchange proposed claim constructions. |
| June 29, 2026 | Parties disclose extrinsic evidence. The parties shall disclose any extrinsic evidence, including the identity of any expert witness they may rely upon with respect to claim construction or indefiniteness. With respect to any expert identified, the parties shall identify the scope of the topics for the witness's expected testimony[2]. With respect to items of extrinsic evidence, the parties shall identify each such item by production number or produce a copy of any such item if not previously produced. |
| July 7, 2026 | Deadline to meet and confer to narrow terms in dispute and exchange revised list of terms/constructions. |
| July 14, 2026 | Defendant files Opening claim construction brief, including any arguments that any claim terms are indefinite. |
| August 3, 2026 | Plaintiff files Responsive claim construction brief. |
| August 17, 2026 | Parties to jointly email the law clerks to confirm their *Markman* date and to notify if any venue or jurisdictional motions remain unripe for resolution. |
| August 17, 2026 | Defendant files Reply claim construction brief. |

---

[2] Any party may utilize a rebuttal expert in response to a brief where expert testimony is relied upon by the other party

| Deadline | Event |
|---|---|
| August 31, 2026 | Plaintiff files a Sur-Reply claim construction brief. |
| September 3, 2026 | Parties submit Joint Claim Construction Statement. And email the law clerks an editable copy.<br><br>*See* General Issues Note #9 regarding providing copies of the briefing to the Court and the technical adviser (if appointed). |
| September 9, 2026 | Parties submit optional technical tutorials to the Court and technical adviser (if appointed). |
| September 15, 2026 | ***TENTATIVE*** *Markman* Hearing at 9:00 a.m. This date is a placeholder and the Court may adjust this date as the *Markman* hearing approaches. |
| September 15, 2026 | Fact Discovery opens; deadline to serve Initial Disclosures per Rule 26(a). |
| October 26, 2026 | Deadline to add parties. |
| November 9, 2026 | Deadline to serve Final Infringement and Invalidity Contentions. After this date, leave of Court is required for any amendment to infringement or invalidity contentions. This deadline does not relieve the parties of their obligation to seasonably amend if new information is identified after initial contentions. |
| January 4, 2027 | Deadline to amend pleadings. A motion is not required unless the amendment adds patents or patent claims. (Note: This includes amendments in response to a 12(c) motion.) |
| March 15, 2027 | Deadline for the first of two meet and confers to discuss significantly narrowing the number of claims asserted and prior art references at issue. Unless the parties agree to the narrowing, they are ordered to contact the Court to arrange a teleconference with the Court to resolve the disputed issues. |
| April 12, 2027 | Close of Fact Discovery. |
| April 19, 2027 | Opening Expert Reports. |
| May 17, 2027 | Rebuttal Expert Reports. |
| June 7, 2027 | Close of Expert Discovery. |
| June 14, 2027 | Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. To the extent it helps the parties determine these limits, the parties are encouraged to contact the Court for an |

| Deadline | Event |
|---|---|
|  | estimate of the amount of trial time anticipated per side. |
| June 21, 2027 | The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. |
| June 21, 2027 | Dispositive motion deadline and Daubert motion deadline.<br><br>*See* OGP Note #9 regarding providing copies of the briefing to the Court and the technical adviser (if appointed).<br><br>Deadline for parties desiring to consent to trial before the magistrate judge to submit Form AO 85, "Notice, Consent, And Reference Of A Civil Action To A Magistrate Judge," available at https://www.uscourts.gov/forms/civilforms/notice-consent-and-reference-civil-action-magistratejudge. |
| July 7, 2027 | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, discovery and deposition designations). |
| July 19, 2027 | Serve objections to pretrial disclosures/rebuttal disclosures. |
| July 19, 2027 | Parties to jointly email the Court's law clerk to confirm their pretrial conference and trial dates. |
| July 26, 2027 | Serve objections to rebuttal disclosures; file motions *in limine*. |
| August 2, 2027 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine*.<br><br>From this date onwards, the parties are obligated to notify the Court of any changes to the asserted patents or claims. Such notification shall be filed on the docket within seven (7) days of the change and shall include a complete listing of all asserted patents and claims. If a change to the asserted patents or claims requires leave of court (for example, if a party is moving for leave to assert additional claims), notification shall not be required until the Court grants leave, at which point the notification must be filed within seven (7) days. |

| Deadline | Event |
| --- | --- |
| August 9,2027 | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com.<br><br>Deadline to file replies in support of motions *in limine*. |
| August 9, 2027 | Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| August 20, 2027 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. |
| August 23, 2027 | **Final Pretrial Conference.** Held in person unless otherwise requested. |
| September 13, 2027 | **Jury Selection/Trial.** |

SIGNED 03/20/2026.

HONORABLE ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE